LAW OFFICE OF MICHAEL L. FRADIN
Michael L. Fradin, Esq.
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO,
EASTERN DIVISION

| CARRIE PENCEK, | Case No. 21-cv-00314 |
|---|---|
| Plaintiff, | **PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| SIMPSON STRONG-TIE COMPANY INC; | Presiding Judge: Michael H. Watson |
| | Magistrate Judge: Kimberly Jolson |
| Defendant. | |

**STIPULATION OF DISMISSAL**

The undersigned parties, by their respective counsel, hereby agree and stipulate, pursuant to settlement and Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action in its entirety and with prejudice and with each party to bear its own costs.

| | |
|---|---|
| Dated:  May 12, 2021 | Respectfully submitted, |
| /s/ *Michael L. Fradin* | /s/ *Sara E. Fowler* |
| Michael L. Fradin<br>8401 Crawford Ave., Suite 104<br>Skokie, Illinois 60076<br>Phone: 847.986.5889<br>Fax: 847.673.1228<br>Mike@fradinlaw.com | Sara E. Fowler<br>**Seyfarth Shaw LLP**<br>233 S. Wacker Drive Suite 8000<br>Chicago, Illinois 60606<br>Direct:   312.460.5938<br>sfowler@seyfarth.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |